**Order entered December 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00730-CV

### ZALE CORPORATION, Appellant

### V.

### BERKLEY INSURANCE COMPANY AND
### STARR INDEMNITY & LIABILITY COMPANY, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09200**

## ORDER

Before the Court are the November 27, 2019 unopposed second motions of appellees for an extension of time to file their respective briefs on the merits. We **GRANT** the motions and extend the time to **January 6, 2020**. We caution appellees that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
        JUSTICE